STATE OF NEW JERSEY v. RONALD W. WACHTLER.

April 12, 1988.

Petition for certification granted, and the matter is summarily remanded to the trial court for the appropriate application of credit to defendant's base term. See *Richardson v. Nickolopoulos,* 110 *N.J.* 241 (1988).

Jurisdiction is not retained.

FRANCIS LORENZO v. LOUIS NICKOLOPOULOS.

April 12, 1988.

Petition for certification denied.

LYNN ARDITO v. LOUIS NICKOLOPOULOS.

April 12, 1988.

Certification to the New Jersey State Parole Board is granted, and the matter is summarily remanded for reconsideration by the New Jersey State Parole Board in light of *Richardson v. Nickolopoulos,* 110 *N.J.* 241 (1988).

Jurisdiction is not retained.